IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS WEBSTER,               )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:21cv641-MHT
                              )           (WO)
CITY OF MONTGOMERY,           )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant city of Montgomery's motion for summary judgment (Doc. 33) is granted.

(2) Judgment is entered in favor of defendant city of Montgomery and against plaintiff Marcus Webster, with plaintiff Webster taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Webster, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 27th day of December, 2023.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**